UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Case Number: 8:15-cv-02097-CEH-TBM

**CHARLES EDWARD CENTER, JR.,**

Plaintiff,

v.

**JEH JOHNSON, SECRETARY, DEPARTMENT OF HOMELAND SECURITY (CUSTOMS AND BOARDER PROTECTION AGENCY),**

Defendant.
_____/

### PLAINTIFF CHARLES EDWARD CENTER'S NOTICE OF APPEAL

NOTICE IS HEREBY given that Plaintiff CHARLES EDWARD CENTER, in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered on September 7, 2017 as well as this Court's order granting Defendant's Motion for Summary Judgment entered on September 7, 2017.  (Dkt. 46 and 47 respectively).

Dated this 6th day of November, 2017.

_____
Kevin F. Sanderson, Esq.
Florida Bar No. 598488
Merritt & Sanderson, P.A.
690 South Tamiami Trail

1

        Osprey, Florida 34229
        Tel: (941) 244-0468
        Fax: (941) 219-4224
        kevin@srqattorney.com
        Trial Attorney for Charles E. Center

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 6, 2017, I electronically filed the foregoing document with the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

A. Lee Bentley, III
Lacy R. Hardwell, Jr.
Assistant U.S. Attorney
USAO No. 112
400 North Tampa Street, Suite 3200
Tampa, FL 33602

    I FURTHER CERTIFY that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

        */s/ Kevin F. Sanderson*
        _____
        Kevin F. Sanderson, Esq.
        Florida Bar No. 0598488
        Kevin F. Sanderson, Chartered
        690 South Tamiami Trail
        Osprey, Florida 34229
        Tel: (941) 244-0468
        Fax: (941) 445-4716
        kevin@srqattorney.com
        Trial Attorney for Charles E. Center